**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff<br>v.<br><br>STARS WIRELESS AND SMOKE LLC d/b/a STAR WIRELESS & SMOKE SHOP and MAHMOUD ALILI,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 1:23-cv-00641-WHR-MRM |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO**
**PERFECT SERVICE ON DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby moves this Court for an extension of time to serve the Defendants, and in support thereof states as follows:

1. On October 4, 2023, the Plaintiff filed its Complaint for Trademark Infringement and False Designation of Origin and Unfair Competition [DE 1].

2. The Plaintiff has requested Burke Process Service to serve the Defendants with Summons and Complaint.

3. However, as of today, the Plaintiff has not received any updates from Burke regarding the status of service.

4. As such, the Plaintiff respectfully requests an additional 60 days to perfect service upon the Defendants, STARS WIRELESS AND SMOKE LLC d/b/a STAR WIRELESS & SMOKE SHOP and MAHMOUD ALILI.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully requests that this Court grant this motion and enter an Order granting the Plaintiff an extension of 60 days in which to

perfect service upon the Defendants, STARS WIRELESS AND SMOKE LLC d/b/a STAR WIRELESS & SMOKE SHOP and MAHMOUD ALILI, and any other relief this Court deems just and proper.

Date: January 2, 2024

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 2, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.