**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff<br>v.<br><br>STARS WIRELESS AND SMOKE LLC d/b/a STAR WIRELESS & SMOKE SHOP and MAHMOUD ALILI,<br><br>Defendants. | ) | Civil Case No. 1:23-cv-00641-WHR-MRM |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO DEEM TIMELY FILED PROOF OF SERVICE ON DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby moves this Court for an extension of time to serve the Defendants, and in support thereof states as follows:

1. On October 4, 2023, the Plaintiff filed its Complaint for Trademark Infringement and False Designation of Origin and Unfair Competition [DE 1].

2. On January 2, 2024, this Court granted an Extension of Time to perfect service through March 1, 2024. [DE 7].

3. The Summons and Complaint were properly served upon each Defendant January 4, 2024. [DE 14, 14-1].

4. Affidavits reflecting said service were filed March 27, 2024, upon discovering they had not been filed sooner due to an error by the Plaintiff's corporate counsel in sending to the Plaintiff's local counsel. *Id.*

5. Where, as here, the Defendants have appeared in the case and proper service was

effected in a timely and appropriate manner, the Plaintiff respectfully submits that no prejudice has occurred in this case by the untimely filing that resulted from the Plaintiff's counsel's excusable neglect, that the error was immediately redressed by the filing of the affidavits as proof of service, and that the error has been addressed with local counsel to avoid such future errors.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully requests that the Affidavits of Service on Defendants, STARS WIRELESS AND SMOKE LLC d/b/a STAR WIRELESS & SMOKE SHOP and MAHMOUD ALILI, be deemed timely filed by this Court and any other relief this Court deems just and proper.

Date: April 10, 2024

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.