THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

GS HOLISTIC, LLC, :

      Plaintiff, : Case No. 1:23-cv-641

v. :

STARS WIRELESS & SMOKE, LLC, *et al.*, :

      Judge Walter H. Rice
      Mag. Judge Michael R. Merz

      Defendants.

---

ORDER OVERRULING WITHOUT PREJUDICE DEFENDANT MAHMOUD ALILI'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE WESTERN DIVISION AT CINCINNATI (DOC. #30), AS THE CASE IS CURRENTLY AND HAS ALWAYS BEEN SITED IN THE CINCINNATI SEAT OF COURT; DEFENDANT MAY RENEW THE MOTION IF THE COURT ORDERS THAT THE CASE BE TRIED IN THE DAYTON SEAT OF COURT

---

On October 30, 2025, Defendant Mahmoud Alili "move[d] this court to either dismiss the above-captioned matter or in the alternative transfer the matter to the United States District Court Western Division of Cincinnati pursuant to 28 U.S.C. § 1406(a)." (Motion to Dismiss or Transfer, Doc. #30, PAGEID 104). The captioned case, which has not been consolidated with any others, is currently and has always been sited in the Cincinnati seat of court. Thus, there is no basis at this time on which the Court can grant relief.

However, as discussed elsewhere, this case is one of more than thirty active cases in this District alone regarding the alleged infringement of United States

Patent and Trademark Office Nos. 6,174,291, 6,174,292, and 6,633,884 ("Stundenglass Marks"). The Court may, as part of its inherent authority to manage its docket, *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016), quoting *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962), order the Stundenglass Marks cases to be consolidated or tried in the Dayton seat of court. At that time, Alili's arguments as to why the captioned case should be tried in the Cincinnati seat of Court (Doc. #30, PAGEID 104) would be ripe for the undersigned's consideration.

Accordingly, Alili's Motion to Dismiss or Transfer (Doc. #30) is OVERRULED WITHOUT PREJUDICE to refiling if the Court orders consolidation or sets a trial location outside the Cincinnati seat of court.

IT IS SO ORDERED.

November 13, 2025

*[signature: Walter H. Rice]*

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT