**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

Case No. 1:23-cv-00641-WHR-MRM

GS HOLISTIC, LLC,

Plaintiff,

vs.

STARS WIRELESS AND SMOKE d/b/a STAR WIRELESS & SMOKE SHOP, et al.,

Defendants.
_______________________________________ /

**NOTICE OF STATUS**

Pursuant to this Court's December 10, 2025, Order, Plaintiff, by and through undersigned counsel, files this Notice of Status and states as follows:

1. Undersigned counsel has prepared and sent a letter to the pro se Defendant(s) requesting that they contact undersigned counsel and GS representatives to schedule a settlement conference at the earliest convenience. As of the date of this status update, undersigned counsel has not heard from the pro se Defendant(s). Undersigned counsel remains willing and available to participate in a settlement conference at a mutually agreeable date and time. Plaintiff will update the Court regarding any developments related to settlement discussions.

Respectfully submitted,

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this December 16, 2025, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*