THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GS HOLISTIC, LLC.<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTALS UP IN SMOKE INC., d/b/a UP IN SMOKE, *et al.*<br><br>Defendants. | CASE NOS. 1:23-cv-627<br>1:23-cv-634<br>1:23-cv-635<br>1:23-cv-636<br>1:23-cv-638<br>1:23-cv-639<br>1:23-cv-641<br>1:23-cv-648<br>1:23-cv-671<br>1:23-cv-672<br>1:23-cv-673<br>1:23-cv-674<br>1:23-cv-677<br>1:23-cv-708<br>1:23-cv-748<br>1:24-cv-451<br>1:24-cv-553<br>1:25-cv-163<br>2:23-cv-3234<br>2:23-cv-3578<br>2:23-cv-3601<br>2:23-cv-3604<br>2:23-cv-3606<br>2:23-cv-3760<br>2:23-cv-3761<br>2:23-cv-3762<br>2:23-cv-3782<br>2:23-cv-3786<br>2:23-cv-3811<br>2:23-cv-3928<br>2:23-cv-3931<br>3:23-cv-294<br>3:23-cv-307<br>3:23-cv-317<br>3:23-cv-323<br>3:23-cv-324 |

3:23-cv-325
3:23-cv-328
3:23-cv-336
3:23-cv-350
3:23-cv-351

Judge Walter H. Rice
Magistrate Judge Michael R. Merz

---

ORDER DIRECTING COUNSEL FOR PLAINTIFF GS HOLISTIC, LLC AND FOR DEFENDANTS TO PREPARE TO DISCUSS THE TOPICS SET FORTH BELOW AT THE PRELIMINARY PRETRIAL CONFERENCE ON FEBRUARY 2, 2026, AT 4:30 P.M. EST VIA ZOOM

---

In advance of the Preliminary Pretrial Conference for the above-captioned cases, set for 4:30 P.M. EST on Monday, February 2, 2026, via Zoom, the Court asks that counsel for Plaintiff GS Holistic, LLC, and for Defendants be prepared to discuss the following matters:

1. The schedule and deadlines set forth in the twenty-four Rule 26(f) reports filed. Specifically, counsel should be prepared to discuss:

    a. why counsel thinks that discovery needs to be open until July 31, 2026;

    b. the amount of paper discovery and number of depositions the parties anticipate needing;

    c. whether the parties anticipate filing dispositive motions;

    d. whether the unified dates in the Rule 26(f) reports indicate the parties' intent to have a consolidated trial sometime after the final pretrial conference of November 2, 2026; and

    e. whether the parties anticipate a trial for *In re G Pen Litig.* (1:23-cv-748) being separate from trial on the individual "Stundenglass" cases.

2. For the six cases in which Plaintiff indicated on January 29, 2026, that settlements in principle had been reached, the dates by which the Court can expect those settlements to be journalized and for Plaintiff to file notices of dismissal;

3. For cases 3:23-cv-294 and 3:23-cv-307, the status of the parties after the December 2025 mediations;

4. For cases 1:23-cv-638 and 1:23-cv-639, the contention of Defendants' counsel that Plaintiff has not reduced its original settlement demand in light of Defendants' counter;

5. For cases 1:23-cv-641 and 3:23-cv-325, the status of the cases and settlement negotiations, if any;

6. For the remaining twenty-six cases for which status reports were filed, the status of settlement negotiations; and

7. For all cases, the possibility of omnibus mediation with one or more Magistrate Judges from this District in late February 2026.

**IT IS SO ORDERED.**

Date: January 30, 2026

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT