THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

GS HOLISTIC, LLC,                          :

        Plaintiff,                    :        Case No. 1:23-cv-641

v.                                         :        Judge Walter H. Rice
                                           Mag. Judge Michael R. Merz

MAHMOUD ALILI,                             :

        Defendant.

---

ORDER SUSTAINING MOTION FOR RECONSIDERATION OF DEFENDANT
MAHMOUD ALILI (DOC. #55); DEFENDANT SHALL HAVE UNTIL 5:00 P.M. EDT ON
MONDAY, APRIL 13, 2026, TO FILE A MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION

---

This case is before the Court on what is stylized as a Motion for

Reconsideration by Defendant Mahmoud Alili, filed on February 24, 2026. (Doc.

#55). Therein, Defendant's indicates his intent to file a motion to dismiss for lack

of personal jurisdiction, and requests an additional thirty days from the deadline

in the Scheduling Order (Doc. #52) to prepare such a motion. (Doc. #55, PAGEID

182). While Defendant's did not indicate whether Plaintiff, GS Holistic, LLC,

opposes the extension of time, Plaintiff did not file a memorandum *contra* the

Motion, and the time for doing so has expired. S.D. OHIO CIV.R. 7.2(a)(2).

In light of the above, and finding good cause shown, the Court interprets

the Motion as one for extension of time and SUSTAINS the Motion. Defendant

shall have an additional thirty (30) days from the original March 13, 2026, deadline

for motions directed to the pleadings set forth in the Scheduling Order.  (Doc. #52,

PAGEID 173).  Accordingly, Defendant must file any motion to dismiss for lack of

jurisdiction no later than 5:00 P.M. EDT on Monday, April 13, 2026.


IT IS SO ORDERED.

March 19, 2026

_Walter H. Rice_ (Per WHR after his review
and approval.)
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT