**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

Case No. 1:23-cv-00641

GS HOLISTIC, LLC,

Plaintiff,

vs.

Star Wireless and Smoke LLC, et al.,

Defendants.

_______________________________________ /

# PLAINTIFF'S MOTION FOR JUDICIAL DEFAULT

Plaintiff, GS Holistic, LLC, by counsel, hereby moves, pursuant to Fed. R. Civ. P. 55(b), for the entry of a judicial default against Defendants Mahmoud Alili and Stars Wireless and Smoke LLC. Pursuant to this Court's March 19, 2026 (DE 56), Defendant Mahmoud Alili should have filed a response no later than April 13, 2026. As of the date of this motion, Defendant Mahmoud Alili has failed to comply with this Court's order. Plaintiff respectfully requests a default be entered against Defendants Mahmoud Alili and Stars Wireless and Smoke LLC for failure to comply with this Court's Order, together with such other relief.

Dated: April 21, 2026

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 614-561-7541
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2026, the foregoing document was electronically filed with the Court by using the CM/ECF system.

/s/ John Ridge, Esq.
John Ridge, Esq.