**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| GS HOLISTIC LLC | * | Case No. 1:23cv641 |
| Plaintiffs, | * | DISTRICT JUDGE WALTER H. RICE |
| | * | |
| vs. | * | |
| STARS WIRELESS & SMOKE, LLC, d/b/a STARS WIRELESS, et al. | * | **CLERK'S ENTRY OF DEFAULT** |
| Defendants. | * | |

It is appearing that Defendant, Mahmoud Alili, is in default, having failed to plead or otherwise defend in this cause as required by law.

NOW THEREFORE, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendant, Mahmoud Alili, on this **3rd day of June 2026.**

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio