SOUTHERN DIST. OF OHIO-CIN. EH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF OHIO

# WESTERN DIVISION

G.S. HOLISTIC LLC.

PLAINTIFF

v.

Star wireless And Smoke LLc., Et Al

Case No.1:23-cv-00641

Judge: Rice

## DEFENDANT MAHMOUD ALILI'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

Defendant, Mahmoud Alili, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 55(c), to set aside the Clerk's Entry of Default entered against him on June 3, 2026 [Doc. #65]. In support of this Motion, Defendant states as follows:

1. Good cause exists to set aside the default. Defendant was physically overseas from [Date You Left] until June 9, 2026, to provide urgent medical care for his ill mother. Because of this family medical emergency, Defendant did not receive timely notice of recent filings and was physically unable to respond by the court's deadline. Defendant travels overseas every two months to manage his mother's ongoing illness.

2. Defendant acted quickly upon learning of the default, returning to the United States on June 9, 2026, and actively seeking to address this matter immediately.

3. Plaintiff will not be prejudiced by setting aside the default. This litigation is still in its early stages regarding this Defendant, and a brief delay to allow a decision on the merits does not harm Plaintiff's case.

4. Defendant has a meritorious defense to Plaintiff's claims. Defendant maintains that he has not engaged in any trademark infringement and that Plaintiff has failed to provide evidentiary support connecting Defendant to the alleged infringing activities.

WHEREFORE, Defendant Mahmoud Alili respectfully requests that this Court grant his Motion, set aside the Clerk's Entry of Default entered on June 3, 2026, and grant Defendant fourteen (14) days to file an Answer or otherwise respond to Plaintiff's Complaint.

Dated: June 25, 2026

Respectfully submitted,

Mahmoud Alili

595 Creek side Dr Fairfield Ohio 45014 Apt 206

5133313858

EX4TNEW@GMAIL.COM

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF OHIO

# WESTERN DIVISION

G.S. HOLISTIC LLC.

PLAINTIFF

v.

Star wireless And Smoke LLc., Et Al

Case No.1:23-cv-00641

Judge: Rice

## DECLARATION OF MAHMOUD ALILI IN SUPPORT OF MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

I, Mahmoud Alili, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I am an individual Defendant named in the above-captioned matter. I have personal knowledge of the facts stated herein.

2. I am solely responsible for the care of my severely ill mother, who resides overseas. Because of her ongoing medical condition, I am required to travel overseas approximately every two months to provide her with necessary care and manage her medical needs.

3. Most recently, I was required to travel overseas to care for my mother. I departed the United States on May 17. and was physically out of the country until I returned on June 9, 2026.

4. A true and correct copy of my travel documentation, proving my departure and my return date of June 9, 2026, is attached hereto as Exhibit A.

5. Because I was physically out of the country, I did not receive timely notice of recent court filings or deadlines, and I was physically unable to respond to the Court prior to the Clerk's Entry of Default on June 3, 2026.

6. I have a meritorious defense to Plaintiff's claims. I have never been involved in any trademark infringement, and Plaintiff has not provided me with any evidence supporting their claims against me.

7. My failure to respond was not willful, but was due entirely to a family medical crisis and my physical absence from the United States.

8. Upon returning to the United States on June 9, 2026, and learning of the default, I immediately took steps to address this legal matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25 day of June, 2026.

Mahmoud Alili, Defendant Pro Se

595 Creek Side Dr Fairfield Ohio 45014 Apt 206

5133313858

EX4TNEW@GMAIL.COM

**CheapOair.com - Moe Max - Booking receipt - Booking # 94496819**

1 message

<cheapoair@cheapoair.com>
To: ex4tnew@gmail.com

Wed, Jun 3, 2026 at 3:49 PM

cheapOair

Call us 24/7 1-646-738-4933




### Hassle free travel with CheapOair App

- Offline boarding pass access
- Regular flight updates
- Earn 2X loyalty points

Get App

## Booking Confirmation

**CheapOair Booking:** 94496819

Booked On: **Wed, Jun 03, 2026** eXXXXXw@gmail.com

Visit My Account | Chat for help & support

Please check your terminal and gate information with the airline directly at least 24 hours before departure.

## Flight Details

Booking Status: Check Now

Make Changes

### Depart Mon, Jun 08, 2026

Airline Confirmation: **AA9III**

**Royal Jordanian**

Flight 263 | Aircraft: 787
Boeing 787 210-330 STD SEATS

**AMM**
**11:30 AM**
Jun 08, 2026
Amman, Jordan

12h 40m

**ORD**
**4:10 PM**
Jun 08, 2026
Chicago OHare, Illinois

Nonstop

**Cabin:** Coach
**Brand Name:** ECONOMY VALUE

Baggage Fees | Visa & Passport Info
Terminal & Gate Information

Layover Time (ORD) **2h 20m**

**Royal Jordanian**

Airline Confirmation:
**AA9III**

Flight 7238 | Aircraft: E70
Embraer 70 STD SEATS
**Operated by** American Airlines

**ORD**
**6:30 PM**
Jun 08, 2026
Chicago OHare, Illinois
Nonstop

1h 32m

**CVG**
**9:02 PM**
Jun 08, 2026
Cincinnati, Ohio

Baggage Fees | Visa & Passport Info
Terminal & Gate Information

**Cabin:** Coach
**Brand Name:** ECONOMY VALUE

Check airline Fare Rules . Most airlines charge baggage fees, check the Baggage Fees for complete details.

## Traveler Information

1 Traveler

**Mahmoud Alili** • Adult | Male

E-Ticket: **5127494944286**

**Amman (AMM) - Chicago (ORD)**
Seat: **16C** Pending

**Chicago (ORD) - Cincinnati (CVG)**
Seat: **15C** Pending

**Disclaimer:** Not all flights offer free meals. Any specific request you may have will be sent to the airline(s). Please contact your airline(s) directly, prior to your departure date, to confirm what meal options may be available and if your other requests can be fulfilled.

## Purchased Add-ons

### Seat Assignment

You are now entitled to specialized seating assistance and can customize your flying experience so it's as pleasant and convenient as possible!

**Here are the benefits of Enhanced Seat Assignment:**

- Access to our Seat Assignment Group for any seat assistance and for other travel related services such as meals and special requests.
- Guaranteed response time of 6 hours.
- Our Seat Assignment Specialists will work to find the best available seat.
- Travel Savings Coupon, Upto $50.00 off **Coupon/Promo code: ODK90FKF34**

MADINA TRAVEL AND TOURSIM
FAISAL ST
NABLUS PNA
NABLUS-PALESTINIAN OCC.T
PALESTINE - STATE OF
TELEPHONE: 00972 9 239-3333
FAX: 972 9 2393366
EMAIL: TRAVEL@ALMADENA.PS

BOOKING REF: YU2KZ9
DATE: 25 MARCH 2026

ALILI/MAHMOUD OSAMA MR

FLIGHT RJ 271 - ROYAL JORDANIAN MON 30 MARCH 2026

---

DEPARTURE: AMMAN, JO (QUEEN ALIA) 30 MAR 01:55
ARRIVAL: TORONTO, ON (LESTER B. PEARSON INTL), TERMINAL 3 30 MAR 09:45
FLIGHT BOOKING REF: RJ/YU2KZ9
RESERVATION CONFIRMED, ECONOMY (Y) DURATION: 14:50

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BAGGAGE ALLOWANCE: 1PC
MEAL: SNACK

STOP 1 AMMAN TO MONTREAL, QC
STOP 2 MONTREAL, QC TO TORONTO, ON
EQUIPMENT: 787 ALL SERIES PASSENGER

FLIGHT RJ 7635 - ROYAL JORDANIAN SUN 17 MAY 2026
OPERATED BY: AMERICAN AIRLINES, AA 3426

---

DEPARTURE: CINCINNATI, OH (NORTHERN KENTUCKY INTL) 17 MAY 16:13
ARRIVAL: CHICAGO, IL (O HARE INTERNATIONAL), TERMINAL 3 17 MAY 16:52
FLIGHT BOOKING REF: RJ/YU2KZ9
RESERVATION CONFIRMED, ECONOMY (V) DURATION: 01:39

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BAGGAGE ALLOWANCE: 2PC

NON STOP CINCINNATI, OH TO CHICAGO, IL
EQUIPMENT: EMBRAER 170

FLIGHT RJ 264 - ROYAL JORDANIAN SUN 17 MAY 2026

---

DEPARTURE: CHICAGO, IL (O HARE INTERNATIONAL), TERMINAL 5 - 17 MAY 20:00
INTERNATIONAL TERMINAL 5
ARRIVAL: AMMAN, JO (QUEEN ALIA) 18 MAY 15:40
FLIGHT BOOKING REF: RJ/YU2KZ9
RESERVATION CONFIRMED, ECONOMY (V) DURATION: 11:40

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BAGGAGE ALLOWANCE: 2PC
MEAL: CONTINENTAL BREAKFAST/HOT MEAL

NON STOP CHICAGO, IL TO AMMAN
EQUIPMENT: BOEING 787-8

FLIGHT(S) CALCULATED AVERAGE CO2 EMISSIONS IS 1294.12 KG/PERSON
SOURCE: ICAO CARBON EMISSIONS CALCULATOR
https://www.icao.int/environmental-protection/CarbonOffset/Pages/default.aspx

FLIGHT TICKET(S)

---

TICKET: RJ/ETKT 512 2116806684 FOR ALILI/MAHMOUD OSAMA MR

HTTPS://BAGS.AMADEUS.COM?R=YU2KZ9&N=ALILI

BAGGAGE POLICY - FOR TRAVEL TO/FROM, WITHIN THE CANADA, PLEASE VISIT:
HTTPS://BAGS.AMADEUS.COM?R=YU2KZ9&N=ALILI

IF YOU ARE DENIED BOARDING OR YOUR BAGGAGE IS LOST OR DAMAGED, YOU MAY BE ENTITLED TO CERTAIN STANDARDS OF TREATMENT AND COMPENSATION UNDER THE AIR PASSENGER PROTECTION REGULATIONS. FOR MORE INFORMATION ABOUT YOUR PASSENGER RIGHTS PLEASE CONTACT YOUR AIR CARRIER OR VISIT THE CANADIAN TRANSPORTATION AGENCY WEBSITE.

Data Protection Notice: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred. (applicable for interline carriage)