**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

GS HOLISTIC, LLC

Plaintiff,

vs.

STAR WIRELESS AND SMOKE LLC, et al.

Defendants.

CASE NO. 1:23cv641

DISTRICT JUDGE WALTER H. RICE

---

**DECISION AND ENTRY SUSTAINING PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT STAR WIRELESS AND SMOKE LLC (DOC. #81); FINAL JUDGMENT TO ULTIMATELY ENTER IN FAVOR OF PLAINTIFF AND AGAINST SAID DEFENDANT; PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST MAHMOUD ALILI STYLED AS MOTION FOR FINAL SUMMARY JUDGMENT AGAINST SAID DEFENDANT (DOC. #79) WILL BE CONSIDERED BY THE COURT**

---

Plaintiff's Renewed Motion for Default Judgment against Star Wireless and Smoke Shop LLC (Doc. #81) is **SUSTAINED**. Final Judgement is to ultimately enter in favor of Plaintiff and against Defndant, Star Wireless and Smoke Shop LLC.

On October 8, 2026, this Court filed a Notation Entry accepting Defendant's explanation and request regarding [a] missed status conference, (Notation Entry dated 10/6/2026) and gave him until October 27, 2026, to secure counsel and for counsel to enter an appearance. As of November 13, 2026, no further filing has been made by any Defendant or any reputed attorney. Accordingly, Plaintiff's Motion for Final Summary Judgment against

Defendant Mahmoud Alili (doc. #79), will be considered by the Court, given that Defendant, having a right under the law to represent himself (albeit not the business entity) has entered several appearances in this matter. Defendant is given until the close of business on November 28, 2026, to respond to said motion.

**IT IS SO ORDERED.**

Walter H. Rice

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**